HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-Mail: Hilary_Potashner@fd.org)
CALLIE GLANTON STEELE (Bar No. 155442)
Senior Litigator
(E-Mail: Callie_Steele@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JIAN SHENG TAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIAN SHENG TAN,<br><br>Defendant. | Case Nos. CR 14-702-ODW<br>CR 15-103-ODW<br>CR 15-701-ODW<br><br>~~[PROPOSED]~~ ORDER GRANTING *EX PARTE* APPLICATION TO FILE EXHIBIT A IN SUPPORT OF JIAN SHENG TAN'S POSITION REGARDING SENTENCING ~~UNDER SEAL~~ |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Exhibit A in Support of Jian Sheng Tan's Position Regarding Sentencing shall be filed *under seal*.

DATED: April 3, 2019

_____
HONORABLE OTIS D. WRIGHT
United States District Judge

//

2